**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHELSEA APONTE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil No. 5:25-cv-03652-JLS** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 18th day of November, 2026, upon review of the administrative decision, the brief in support of the request for review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply (ECF Nos. 8-2, 16, 17 & 18), and after careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Katayoun M. Copeland to which **no Objections** have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. 21] is **APPROVED and ADOPTED**;
2. The final decision of the Commissioner denying disability benefits to Plaintiff is **AFFIRMED** and Plaintiff's Request for Review [Doc. 16] is **DENIED**; and
3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**